96 F.3d 1436
 U.S.
v.
James Joseph Salome, Jr.; U.S. v. Ronald A. Trautman; U.S.
v. Carl Benedict; U.S. v. Janice Lee Brown; U.S.
v. John Simeone, III; U.S. v. Lee A.
Chagra, Jr.; U.S. v. Anthony Demeo
 NOS. 95-3259, 95-3260, 95-3275, 95-3276, 95-3277, 95-3283, 95-3340
 United States Court of Appeals,
Third Circuit.
 Aug 15, 1996
 
 1
 Appeal From: W.D.Pa., Nos. 94-00036-14, 94-00036-16, 94-00036-3, 94-00036-4, 94-00036-15, 94-00036-1, 94-00036-5
 
 
 2
 AFFIRMED.